

**IN THE**

**TENTH COURT OF APPEALS**

_____

**No. 10-15-00169-CV**

**IN RE NATIONAL UNITY INSURANCE COMPANY
AND DAVID HADLEY**

_____

**Original Proceeding**

---

## MEMORANDUM  OPINION

---

Relator's petition for writ of mandamus is denied.


AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
(Chief Justice Gray dissenting with a note)*
Petition denied
Opinion delivered and filed July 2, 2015
[OT06]

*(Chief Justice Gray dissents.  A separate opinion will not issue.  He notes that the purpose for the statutory notice period cannot be fulfilled if its required time period before filing suit is simply ignored and other meters and clocks run unabated.  As for the EUO, what's the point of a contractual right if it can be completely negated by prematurely filing suit.)

